379 A.2d 615

Commonwealth v. Wagner, Appellant.

Submitted March 16, 1977. E. Franklin Martin, Assistant Public Defender, for appellant; William C. Cramer, Assistant District Attorney, and John R. Walker, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Judgment of sentence affirmed.

HOFFMAN and SPAETH, JJ., dissent based on the dissenting opinion by HOFFMAN, J., in *Commonwealth v. Stortecky*, 238 Pa.Superior Ct. 117, 352 A.2d 491 (1975).